) 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Pennsylvania

| | |
|---|---|
| ORMA GRUBER<br>    *Plaintiff* | )<br>)<br>) |
| v. | )<br>) |
| PL GENERATION, LLC AND PPL SERVICES<br>ORP.<br>    *Defendant* | )<br>)<br>) |

Civil Action No.  10-6830

## SUMMONS IN A CIVIL ACTION

): *(Defendant's name and address)*

*PPL· Services Corp.*
*2 North 9th St*
*Allentown PA 18101*

A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
:e the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the
:deral Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose
ıme and address are:
IDNEY L. GOLD, ESQ.
AW OFFICES OF SIDNEY L. GOLD & ASSOC, P.C.
335 MARKET STREET, STE 515
HILADELPHIA, PA 19103

`you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also
ust file your answer or motion with the court.

*CLERK OF COURT*

ate: <u>NOVEMBER 22, 2010</u>

*KIMBERLY SCOTT-HAYDEN, Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| NORMA GRUBER | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No.  10-6830 |
| | ) | |
| PPL GENERATION, LLC and PPL SERVICES | ) | |
| CORPORATION | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
SIDNEY L. GOLD, ESQ.
SIDNEY L. GOLD & ASSOCIATES, PC
1835 MARKET ST, STE 515
PHILADELPHIA, PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF COURT

Date: NOVEMBER 22, 2010

*KIMBERLY SCOTT-HAYDEN*, Deputy Clerk

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.       10-6830

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _PPL Services Corporation_ .

was received by me on *(date)* _12|8|10_ .

☐ I personally served the summons on the individual at *(place)*_____

_____ on *(date)*_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____ , a person of suitable age and discretion who resides there,

on *(date)*_____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*_ Jan Marsh Steno _____, who is

designated by law to accept service of process on behalf of *(name of organization)* _PPL Services Corporation_

_2 North 9th Street, Allentown PA 18101_ on *(date)*_12|15|10   1:28 pm_ ; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other *(specify):*_____

_____

My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

Date: _12|15|10_

_____
Server's signature

_Denise Hinkle, process server_
Printed name and title

_711 Pine St, Barn PA 19504_
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| NORMA GRUBER | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No.  10-6830 |
| | ) | |
| PPL GENERATION, LLC and PPL SERVICES | ) | |
| CORPORATION | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

*PPL Generation, LLC*
*2 north 9th St*
*Allentown PA 18101*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
SIDNEY L. GOLD, ESQ.
SIDNEY L. GOLD & ASSOCIATES, PC
1835 MARKET ST, STE 515
PHILADELPHIA, PA 19103

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

CLERK OF COURT

Date: <u>NOVEMBER 22, 2010</u>

*KIMBERLY SCOTT-HAYDEN*, Deputy Clerk

Date: <u>NOVEMBER 22, 2010</u>

*KIMBERLY SCOTT-HAYDEN*, Deputy Clerk

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.        10-6830

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  PPL Generation LLC

was received by me on *(date)*  12|8|10

      ☐ I personally served the summons on the individual at *(place)*_____

_____ on *(date)*_____ ; or

      ☐ I left the summons at the individual's residence or usual place of abode with *(name)*_____

_____ , a person of suitable age and discretion who resides there,

on *(date)*_____ , and mailed a copy to the individual's last known address; or

      ☒ I served the summons on *(name of individual)*  Jan Marsh Steno , who is

designated by law to accept service of process on behalf of *(name of organization)*  PPL Generation LLC

2 North 9th Street, Allentown PA 18101  on *(date)*  12|15|10  1:28 pm ; or

      ☐ I returned the summons unexecuted because_____ ; or

      ☐ Other *(specify):*_____

_____

My fees are $_____ for travel and $_____ for services, for a total of $_____ .

I declare under penalty of perjury that this information is true.

Date:  12|15|10

_____
*Server's signature*

Denver Hinkle, Process Server
*Printed name and title*

71 Pine St, Bart PA 15554
*Server's address*

Additional information regarding attempted service, etc: