IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

\_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_   x

NORMA GRUBER,                                     :

                      Plaintiff,    :   CIV. NO.: 5:10-cv-06830-JKG

                         v.          :

PPL GENERATION, LLC AND
PPL SERVICES CORP.,                               :

                      Defendant.    :

\_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_ \_   x

**<u>PRAECIPE FOR APPEARANCE</u>**

     Kindly enter our appearance for Defendants, PPL Generation, LLC and PPL Services Corp., in the above case.

Date: <u>January 3, 2011</u>        GROSS McGINLEY, LLP

                                     BY:_____
                                        MALCOLM J. GROSS, ESQUIRE
                                        ATTORNEY ID #08137

                                     BY:_____
                                        KIMBERLY G. KRUPKA, ESQUIRE
                                        ATTORNEY ID #80371

                                     33 S. SEVENTH STREET; P O BOX 4060
                                     ALLENTOWN PA 18105-4060
                                     PH. (610) 820-5450; FX. (610) 820-6006

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
------------------------------   x
NORMA GRUBER,                    :
                                 :
                    Plaintiff,   :   CIV. NO.: 5:10-cv-06830-JKG
                                 :
              v.                 :
                                 :
PPL GENERATION, LLC AND          :
PPL SERVICES CORP.,              :
                                 :
                    Defendant.   :
------------------------------   x
```

**CERTIFICATE OF SERVICE**

    This is to certify that the PRAECIPE FOR APPEARANCE on behalf of PPL Generation, LLC and PPL Services Corp., was filed electronically and served upon this the 3rd day of January 2011:

Sidney L. Gold, Esquire
Traci M. Greenberg, Esquire
Sidney L. Gold & Associates, P.C.
1835 Market Street, Suite 515
Philadelphia, PA  19103

Date: 1/3/2011          GROSS McGINLEY, LLP

BY:_____
    MALCOLM J. GROSS, ESQUIRE
    Attorney ID #08137
    KIMBERLY G. KRUPKA, ESQUIRE
    Attorney ID #83071
    Attorneys for Defefendants

00359243.DOC