IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _     x

NORMA GRUBER,                                      :

                    Plaintiff,     :     CIV. NO.: 5:10-cv-06830-JKG

                v.               :     **STIPULATION OF EXTENSION
OF TIME**

PPL GENERATION, LLC AND
PPL SERVICES CORP.,                               :

               Defendant.     :

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _     x

      IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties

hereto as follows:

    The time for Defendants PPL Generation, LLC and PPL Services Corp. to move, answer or

otherwise respond with respect to the Complaint has been extended until Wednesday, January

19, 2011.

Dated:  January 4, 2011

Sidney L. Gold & Associates, P.C.            Gross McGinley, LLP

By:    /s/ Traci M. Greenberg               By:    /s/ Kimberly G. Krupka

Traci M. Greenberg                           Kimberly G. Krupka
ID NO.: 86936                                ID No.:  83071
1835 Market Street, Suite 515                33 South Seventh Street
Philadelphia, PA  19103                      P.O. Box 4060
(215) 569-1999                               Allentown, PA  18105-4060
Attorneys for Plaintiff                      (610) 820-5450
                                      Attorneys for Defendants

## CERTIFICATE OF SERVICE

KIMBERLY G. KRUPKA, ESQUIRE, hereby certifies that he served a true and correct copy of STIPULATION OF EXTENSION OF TIME, upon the following person listed below, through the Court's Electronic Filing System, this 4th day of January, 2011:

Traci M. Greenberg
Sidney L. Gold
1835 Market Street, Suite 515
Philadelphia, PA  19103

GROSS McGINLEY, LLP

BY:   */s/ Kimberly G. Krupka, Esquire*____
        Kimberly G. Krupka (Pa. ID# 83071)
        *Attorney for Defendants*
        33 South Seventh Street, PO Box 4060
        Allentown, PA 18105-4060
        Ph:  610-820-5450; Fx:  610-820-6006