IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORMA GRUBER, | x : |
| Plaintiff, | : CIV. NO.: 5:10-cv-06830-JKG |
| v. | : **STIPULATION OF EXTENSION OF TIME** |
| PPL GENERATION, LLC AND PPL SERVICES CORP., | : **FILED** |
| Defendant. | : **JAN 04 2011** MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk |

IT IS HEREBY STIPULATED by and between the undersigned counsel for the parties hereto as follows:

The time for Defendants PPL Generation, LLC and PPL Services Corp. to move, answer or otherwise respond with respect to the Complaint has been extended until Wednesday, January 19, 2011.

Dated: January 4, 2011

Sidney L. Gold & Associates, P.C.          Gross McGinley, LLP

By: /s/ Traci M. Greenberg          By: /s/ Kimberly G. Krupka

Traci M. Greenberg                          Kimberly G. Krupka
ID NO.: 86936                               ID No.: 83071
1835 Market Street, Suite 515               33 South Seventh Street
Philadelphia, PA 19103                      P.O. Box 4060
(215) 569-1999                              Allentown, PA 18105-4060
Attorneys for Plaintiff                     (610) 820-5450
                                            Attorneys for Defendants



EXTENSION GRANTED AS STIPULATED
MICHAEL E. KUNZ
CLERK
By /s/ Frank Del Cogo
Deputy Clerk
Date: 1/4/11