```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

NORMA GRUBER,                          )
                                       ) Civil Action
       Plaintiff             ) No. 10-CV-06830
                                       )
  vs.                                  )
                                       )
PPL GENERATION, LLC and                )
PPL SERVICES CORPORATION,              )
                                       )
       Defendants            )

<u>REFERRAL ORDER FOR SETTLEMENT CONFERENCE</u>

NOW, this 10th day of January, 2011,

<u>IT IS ORDERED</u> that the within matter is referred to United States Magistrate Judge Henry S. Perkin to schedule and conduct a settlement conference.

<u>IT IS FURTHER ORDERED</u> that in the event any defendant has not yet entered an appearance at the time of this Order, plaintiff shall serve a copy of this Order upon that defendant.

By:

/s/ Cheryl E. Sinclair
CHERYL E. SINCLAIR
Civil Deputy Clerk to
Judge James Knoll Gardner
Phone: (610) 434-3457