IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
– – – – – – – – – – – – – – – – – – – – – – – –   x
NORMA GRUBER,                                      :
                              Plaintiff,           :   CIV. NO.: 5:10-cv-06830 (JKG)
                     v.                            :   **RULE 7.1 STATEMENT**
PPL GENERATION, LLC AND PPL SERVICES               :
CORP.,
                              Defendant.           :
– – – – – – – – – – – – – – – – – – – – – – – –   x
```

Defendants, PPL GENERATION, LLC AND PPL SERVICES CORP., by and through its undersigned attorneys, hereby states, in accordance with Rule 7.1 of the Federal Rules of Civil Procedure, that Defendants PPL GENERATION, LLC AND PPL SERVICES CORP. are wholly owned subsidiaries of PPL Corporation and no other publicly traded corporation has an ownership interest in Defendants PPL GENERATION, LLC AND PPL SERVICES CORP.

Dated:   January 11, 2011

By:  /s/ Kimberly G. Krupka

**GROSS McGINLEY, LLP**
Kimberly G. Krupka (83071)
33 South Seventh Street
Allentown, PA 18101
(610) 820-5450

Attorneys for Defendant

CERTIFICATE OF SERVICE

KIMBERLY G. KRUPKA, ESQUIRE, hereby certifies that he served a true and correct copy of RULE 7.1 STATEMENT, upon the following person listed below, through the Court's Electronic Filing System, this 11th day of January, 2011:

Traci M. Greenberg
Sidney L. Gold
1835 Market Street, Suite 515
Philadelphia, PA 19103

GROSS McGINLEY, LLP

BY: /s/ Kimberly G. Krupka, Esquire
Kimberly G. Krupka
(Pa. ID# 83071)
*Attorney for Defendants*
33 South Seventh Street, PO Box 4060
Allentown, PA 18105-4060
Ph: 610-820-5450; Fax: 610-820-6006