IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NORMA GRUBER,                        )
                                     ) Civil Action
            Plaintiff                ) No. 10-cv-06830
                                     )
      vs.                            )
                                     )
PPL GENERATION, LLC and              )
PPL SERVICES CORPORATION,            )
                                     )
            Defendants               )

O R D E R

NOW, this 20th day of January, 2011, upon consideration of the Motion for Pro Hac Vice Admission, which motion was filed January 14, 2011 seeking pro hac vice admission of Steven D. Hurd, Esquire, and Patrick J. Lamparello, Esquire as counsel for defendants,

IT IS ORDERED that the motion is granted.

IT IS FURTHER ORDERED that Steven D. Hurd, Esquire, and Patrick J. Lamparello, Esquire are both admitted to the bar of this court on behalf of defendants for the purpose of the within matter only.

IT IS FURTHER ORDERED that Kimberly G. Krupka, Esquire, shall act as associate counsel of record for Attorneys Hurd and Lamparello, pursuant to the provisions of Rule 83.5.2 of the Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania.

                              BY THE COURT:


                              /s/ JAMES KNOLL GARDNER
                              James Knoll Gardner
                              United States District Judge