IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NORMA GRUBER, | : |
| Plaintiff, | : CIV. NO.: 5:10-cv-06830 (JKG) |
| v. | : |
| PPL GENERATION, LLC AND PPL SERVICES CORP., | : |
| Defendant. | : |

### STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41(a)(1), by and between the undersigned, that this action be, and the same hereby is, dismissed with prejudice and without costs or attorneys' fees to either party.

By: _____
Sidney L. Gold, Esq.
Sidney L. Gold & Associates, P.C.
1835 Market Street
Suite 515
Philadelphia, PA 19103
(215) 569-1999
Attorney for Plaintiff

By: _____
Steven Hurd, Esq.
Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
(212) 969-3000
Attorney for Defendant

Dated: March 24, 2011